AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hummel, Christian F. | United States District Court N.Y. Northern District | 07/09/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge Full-time | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States District Court
Northern District of New York
445 Broadway
Albany, NY 12207

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2017 | New York State Retirement System, currently receiving pension |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | State University of New York Wages | $5,296.40 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | New York State Unified Court System Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  First Niagara Bank / Key Bank | A | Interest | L | T | | | | | |
| 2.  Key Bank | A | Interest | K | T | | | | | |
| 3.  S.E.F.C.U. Account | A | Interest | J | T | | | | | |
| 4.  Capital One Bank (Savings) | A | Interest | K | T | | | | | |
| 5.  Altria Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 6.  Chase Bank IRA Account | A | Interest | | | Closed | 01/05/17 | K | B | |
| 7.  Capital One Bank IRA Account (Header) | | | | | | | | | |
| 8.  - T Rowe Price 2025 Retmt Fund | A | Int./Div. | K | T | Buy | 01/05/17 | K | | |
| 9.  - Cash Account | A | Interest | K | T | Buy | 01/05/17 | K | | |
| 10.  I.R.A. Account #1 (Header) | | | | | | | | | |
| 11.  - SunAmerica Dynamic Allocation | B | Int./Div. | L | T | | | | | |
| 12.  - SunAmerica Dynamic Strategy | B | Int./Div. | L | T | | | | | |
| 13.  - Secure Value Account | B | Int./Div. | K | T | | | | | |
| 14.  Brokerage Account #1 (Header) | | | | | | | | | |
| 15.  - SEI Large Cap Growth | A | Int./Div. | J | T | | | | | |
| 16.  - SEI Large Cap Value | A | Int./Div. | J | T | | | | | |
| 17.  - SEI Sm Cap Growth | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - SEI Sm Cap Value | A | Int./Div. | J | T | | | | | |
| 19. - SEI Intl Equity | A | Int./Div. | J | T | | | | | |
| 20. - SEI Emerging Markets | A | Int./Div. | J | T | | | | | |
| 21. - SEI Core Fixed Income | A | Int./Div. | K | T | | | | | |
| 22. - SEI Hi Yield Bond Fund | A | Int./Div. | J | T | | | | | |
| 23. - SEI Intl Fixed Income | A | Int./Div. | J | T | | | | | |
| 24. - SEI Emerging Markets Debt | A | Int./Div. | J | T | | | | | |
| 25. Legg Mason Global Asset (Roth IRA) (Header) | | | | | | | | | |
| 26. - Legg Mason Lifestyle / Moderate Allocation | A | Int./Div. | J | T | | | | | |
| 27. IRA Account #2 (SEI Funds) (Header) | | | | | | | | | |
| 28. - SEI Large Cap | A | Int./Div. | K | T | | | | | |
| 29. - SEI Small Cap | A | Int./Div. | J | T | | | | | |
| 30. - SEI Intl Equity | A | Int./Div. | K | T | | | | | |
| 31. - SEI Emerging Markets Equity | A | Int./Div. | J | T | | | | | |
| 32. - SEI US Fixed Income Fund | A | Int./Div. | J | T | | | | | |
| 33. - SEI Hi Yield Bond | A | Int./Div. | J | T | | | | | |
| 34. - SEI Emerging Markets Debt | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - SEI Dynamic Asset | A | Int./Div. | J | T | | | | | |
| 36. - SEI Multi-Asset | A | Int./Div. | K | T | | | | | |
| 37. - SEI Prime Obligation | A | Int./Div. | J | T | | | | | |
| 38. Jackson National Life Annuity (IRA) (Header) | | | | | | | | | |
| 39. - GS Core Plus Bond | B | Int./Div. | K | T | | | | | |
| 40. - T Rowe Price Mid Cap | A | Int./Div. | K | T | | | | | |
| 41. - MC Healthcare Sector | A | Int./Div. | J | T | | | | | |
| 42. - MC Tech Sector | A | Int./Div. | J | T | | | | | |
| 43. - S&P Dividend Inc & Growth | A | Int./Div. | K | T | | | | | |
| 44. - S&P Comp Adv | A | Int./Div. | K | T | | | | | |
| 45. - FR Temp Intl Sm Cap | A | Int./Div. | J | T | | | | | |
| 46. - MC Consumer Bd Sector | A | Int./Div. | J | T | | | | | |
| 47. - T Rowe Price Est Growth | A | Int./Div. | K | T | | | | | |
| 48. - Oppenheimer Global Growth | A | Int./Div. | K | T | | | | | |
| 49. - MC Pacific Rim 30 | A | Int./Div. | J | T | | | | | |
| 50. - PPM America Total Return | A | Int./Div. | K | T | | | | | |
| 51. - PPM America Sm Cap Value | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - PPM America Fl Rate Income | A | Int./Div. | J | T | | | | | |
| 53. - MC European 30 | A | Int./Div. | J | T | | | | | |
| 54. - PPM America Srategic Income | A | Int./Div. | K | T | | | | | |
| 55. - America Hi Yield Bond | A | Int./Div. | J | T | | | | | |
| 56. - Nasdaq 100 | B | Int./Div. | K | T | | | | | |
| 57. - 400 MC Index | A | Int./Div. | K | T | | | | | |
| 58. - S&P SMid 60 | A | Int./Div. | J | T | | | | | |
| 59. - DFA US Core Equity | A | Int./Div. | J | T | | | | | |
| 60. - MC Financial Sector | A | Int./Div. | J | T | | | | | |
| 61. - MC Oil & Gas Sector | A | Int./Div. | J | T | | | | | |
| 62. - MC Int'l Index | B | Int./Div. | K | T | | | | | |
| 63. New York State Deferred Compensation Plan (Header) | | | | | | | | | |
| 64. - T Rowe Price Retire 2020 | D | Int./Div. | | | Sold | 06/26/17 | M | E | |
| 65. - T Rowe Price Retire 2030 | D | Int./Div. | | | Sold | 06/26/17 | L | D | |
| 66. - Intl Equity Fund Active | D | Int./Div. | | | Sold | 06/26/17 | L | D | |
| 67. - Janus Fund T Symbol JANSX | D | Int./Div. | | | Sold | 06/26/17 | L | D | |
| 68. - Vanguard Wellington Fund | D | Int./Div. | | | Sold | 06/26/17 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Stable Income Fund | D | Int./Div. | | | Sold | 06/26/17 | L | D | |
| 70. IRA Account #3 (SEI Funds) (Header) | | | | | | | | | |
| 71. - SEI Dynamic Asset | A | Int./Div. | | | Sold | 07/07/17 | J | B | |
| 72. - SEI Inst Managed High Yield | A | Int./Div. | | | Sold | 07/07/17 | J | A | |
| 73. - SEI Inst Managed TR Lrgcap | A | Int./Div. | | | Sold | 07/07/17 | J | B | |
| 74. - SEI Inst Managed TR MLTSTRG | A | Int./Div. | | | Sold | 07/07/17 | J | B | |
| 75. - SEI Inst Managed TR MULT A INFMG | A | Int./Div. | | | Sold | 07/07/17 | J | B | |
| 76. - SEI Inst Managed TR MULT ASSET INC | A | Int./Div. | | | Sold | 07/07/17 | J | B | |
| 77. - SEI Inst Managed TR MULT ASSACCUM | A | Int./Div. | | | Sold | 07/07/17 | J | B | |
| 78. - SEI Inst Managed TR SmallCap | A | Int./Div. | | | Sold | 07/07/17 | J | A | |
| 79. - SEI Inst Managed TR US FXD INC | A | Int./Div. | | | Sold | 07/07/17 | J | A | |
| 80. - SEI INTL Emerging Debt | A | Int./Div. | | | Sold | 07/07/17 | J | A | |
| 81. - SEI Intl Emerging Markets Fund | A | Int./Div. | | | Sold | 07/07/17 | J | B | |
| 82. - SEI International Equity Fund | A | Int./Div. | | | Sold | 07/07/17 | J | B | |
| 83. - 3M Common | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 84. - Alphabet A | | None | J | T | Buy | 07/17/17 | J | | |
| 85. - Analog Devices | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Auto Zone | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 87. - Becton Dickinson | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 88. - CME Group | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 89. - Colgate Palmoloive | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 90. - Ecolab Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 91. - FactSet Research | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 92. - Graco Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 93. - Johnson & Johnson | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 94. - Lowe's Cos. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 95. - Mastercard Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 96. - Mettler Toledo Intl. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 97. - Middleby Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 98. - Moody's Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 99. - MSCI Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 100. - Nike Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 101. - Oracle Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 102. - PepsiCo Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Praxair Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 104. - Sherwin Williams | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 105. - Tiffany & Co. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 106. - TJX Cos. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 107. - UnitedHeath Group | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 108. - US Bancorp | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 109. - Variaqn Medical Systems | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 110. - Alcoa Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 111. - Allscripts Healthcare | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 112. - Amedisys Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 113. - ANSYS Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 114. - Antero Resources | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 115. - AO Smith Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 116. - Bruker Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 117. - Burlington Stores | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 118. - Cadence Design | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 119. - Cantel Medical | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 11 of 25

Name of Person Reporting

Hummel, Christian F.

Date of Report

07/09/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Cboe Global Markets Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 121. - Centennial Resourse Dev | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 122. - Charles River Laboratories | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 123. - Chened Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 124. - Cimpress NV | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 125. - Deckers Outdoor | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 126. - Diamondback Energy | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 127. - Dril-Quip Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 128. - Five Below Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 129. - Halyard Health | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 130. - Hancock Holding | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 131. - Hill-Rom Holdings | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 132. - HollyFrontier Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 133. - Jacobs Engineering | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 134. - Joes Lang LaSalle | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 135. - Legg Mason Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 136. - Lending Tree Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - LGI Homes Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 138. - LPL Financial | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 139. - MGIC Investment | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 140. - Monolithic Power Systems | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 141. - MSC Industrial Direct | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 142. - National Instruments | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 143. - Packaging Corp of America | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 144. - PacWest Bancorp | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 145. - Perkin Elmer Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 146. - Potlatch Deltic | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 147. - ProPetro Holding | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 148. - Ralph Lauren Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 149. - ResMed Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 150. - Resolute Energy Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 151. - Spirit AeroSystems | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 152. - Square Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 153. - Syntel Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Teradyne Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 155. - Toill Brothers Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 156. - TRI Pointe Homes Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 157. - United Natural Foods | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 158. - WABCO Holdings | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 159. - Williams Sonoma | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 160. - Wingstop Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 161. - Xylem Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 162. - Zions Bancorp | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 163. - Advent Claymore Conv Sec | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 164. - AllianzGI Equity & Conv | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 165. - AllianzGI Nfj Dividend Int | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 166. - Alpine Total Dynamic Div Fund | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 167. - Black Rock Credit Allocation | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 168. - Balck Rock Debt Strategies | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 169. - Black Rock Enhanced Eq Div | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 170. - Brandywine Global Income | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - CBOE Clarion Global RE | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 172. - Cohen & Steers Infrastructure | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 173. - Duff & Phelps Global Utility | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 174. - Liberty All-Star Equity Fund | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 175. - Nuveen Real Asset | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 176. - River North Double Line Strategic Opp | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 177. - Royce Value Trust | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 178. - Wells Fargo Global Div | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 179. - Altria Group Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 180. - Ameren Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 181. - Amerisource Bergen | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 182. - Anthem Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 183. - Baxter International | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 184. - Bio-Rad Laboroatories | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 185. - Campbell Soup | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 186. - Cardinal Health | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 187. - Center Point Energy | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Church & Dwight Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 189.  - Cigna Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 190.  - Clorox Co. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 191.  - ConAgra Foods | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 192.  - Consolidated Edison | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 193.  - Darden Restaurants | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 194.  - Dr Pepper Snapple | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 195.  - DST Systens | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 196.  - Eli Lilly & Co. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 197.  - Entergy Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 198.  - Exelon Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 199.  - Express Scripts Holding | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 200.  - Hill-Rom Holdings | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 201.  - Humana Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 202.  - Ingredion Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 203.  - Jabil Circuit Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 204.  - Jack Henry & Assoc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. - JM Smucker Co. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 206. - Johnson & Johnson | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 207. - Kimberly-Clark Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 208. - Laboratory Corp of America | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 209. - Lamb Weston Holdings | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 210. - Leidos Holdings Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 211. - McCormick & Co. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 212. - McKesson Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 213. - Merck & Co. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 214. -Pfizer Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 215. - Public Service Enterprise Grp | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 216. - Quest Diagnostics | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 217. - Reinsurance Group of America | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 218. - Teleflex Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 219. - Torchmark Corp. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 220. - Tyson Foods Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 221. - Varian Medical Systems | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Zoetis Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 223. - Vermilion Energy Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 224. - Assured Guaranty Ltd. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 225. - Lululemon Athletica | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 226. - Marvell Technology | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 227. - Popular Inc. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 228. - Renaissance Holdings | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 229. - Advent Claymore Conv Sec | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 230. - Alpine Global Premier | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 231. - Black Rock Enhanced Global Div | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 232. - Black Rock Enhanced Intl Div | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 233. - Clough Global Opportunities | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 234. - Amdocs Ltd. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 235. - Bunge Ltd. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 236. - ABB Ltd ADR | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 237. - Advanced Semiconductor | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 238. - Allianz SE | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  - Astazeneca ADR | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 240.  - BAE Systems | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 241.  - BNP Paribas | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 242.  - British American Tobacco | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 243.  - China Petroleum | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 244.  - Cie Generale des Establissements | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 245.  - Daimler AG | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 246.  - Deutsche Telecom | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 247.  - Diageo ADR | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 248.  - Engie SA | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 249.  - GlaxoSmithKline | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 250.  - HSBC Holdings | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 251.  - ING Groep Nv Spon | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 252.  - Japan Tobacco | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 253.  - Lloyds Banking | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 254.  - Manulife Financial | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 255.  - MMC Norlisk Nickel | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Muenchener Reukversicherungs | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 257. - Nestle SA Spon ADR | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 258. - Nippon Tel & Tel | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 259. - NN Group NV | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 260. - Novartis AG ADR | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 261. - ProSiebenSat | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 262. - Roche Holdings | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 263. - Royal Dutch Shell | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 264. - Siemens AG ADR | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 265. - Smiths Group PLC | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 266. - Smurfit Kappa Group | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 267. - Sonic Healthcare Ltd. | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 268. - Telefonica Brasil | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 269. - Total ADR Each Rep | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 270. - UBS Group | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 271. - Unilever NV | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 272. - United Overseas Bank | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Vodaphone Group | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 274. - Zurich Insurance Group | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 275. - Ares Dynamic Credit Allocation | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 276. - Black Rock Core Bond Trust | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 277. - Black Rock Corporate HI Yield | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 278. - Cohen & Steers Ltd. Duration Pref | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 279. - Cohen & Steers REIT | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 280. - MFS Charter Income | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 281. - MFS Multimarker Income | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 282. - Nuveen Global High Income | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 283. - Nuveen Pref and Income Opp | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 284. - Nuveen Pref & Inc Securities | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 285. - Nuveen Pref & Income Term Fund | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 286. - Prudential Global Short Duration | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 287. - Wells Fargo Income Opp | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 288. - Western Asset Emerging Markets Debt | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 289. - Western Asset High Yield | A | Dividend | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Western Asset High Income Opp | A | Dividend | J | T | Buy | 07/17/17 | J | | |
| 291. - AmEx Credit Corp. 2.25% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 292. - Apple Inc. 1.55% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 293. - Astrazeneca PLC 2.375% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 294. - AT&T Inc. 3.875% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 295. - Bank of America Corp 3.3% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 296. - Berkshire Hatahaway Finance 4.25% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 297. - Cisco Systems 3.625% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 298. - Citigroup Inc. 3.75% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 299. - Coca Cola Co. 3.2% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 300. - Exxon Mobil Cpr. 3.043% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 301. - General Electric 2.3% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 302. - Gliead Sciences 2.95% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 303. - Goldman Sachs 3.5% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 304. - Home Depot 2.25% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 305. - HSBC USA Inc. 2.625% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 306. - Intel Corp 2.7% | A | Interest | J | T | Buy | 07/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - IBM Corp 3.625% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 308. - JP Morgan Chase 3.125% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 309. - Lowe's Cos. 2.5% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 310. - Lowe's Cos. 3.12% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 311. - Morgan Stanley 2.125% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 312. - PepsiCo Inc. 2.375% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 313. - Pfizer Inc. 3% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 314. - Shell Intl 3.25% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 315. - TCI Comm 7.875% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 316. - Toyota Motor Credit 2.1% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 317. - Walmart Inc. 5.875% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 318. - Walt Disney 2.75% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 319. - Wells Fargo 2.15% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 320. - BHP Billiton 3.85% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 321. - BP Capital Markets 3.245% | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 322. - Government Fund SEOXX | A | Interest | J | T | Buy | 07/17/17 | J | | |
| 323. New York State 529 College Savings Plan #1 (header | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  - JP Morgan Agressive Age-Based Portfolio | A | Int./Div. | J | T | Buy | 05/15/17 | J | | |
| 325.  New York State 529 College Savings Plan #2 (header) | | | | | | | | | |
| 326.  - JP Morgan Moderate Age-Based Portfolio | A | Int./Div. | J | T | Buy | 05/10/17 | J | | |
| 327. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hummel, Christian F. | 07/09/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christian F. Hummel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544